UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS OLMO,<br><br>    Plaintiff,<br><br>v.<br><br>CENTURY 21 DEPARTMENT STORES, LLC and RAYMOND GINDI,<br><br>    Defendants. | No. 11 Civ. 0253 (RM)<br><br>(ECF CASE)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as co-counsel on behalf of Defendants Century 21 Department Stores, LLC and Raymond Gindi, in the above-captioned action. Contact information for the undersigned co-counsel for the Defendants is as follows:

    Barbara A. Gross, Esq.
    LITTLER MENDELSON, P.C.
    900 Third Avenue
    New York, NY  10022
    212-583-9600
    bgross@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motion, etc. at the email address listed above.

Dated: New York, New York  
       February 14, 2011                         Respectfully submitted,

                                                 /s/ Barbara A. Gross  
                                                 Barbara A. Gross  
                                                 LITTLER MENDELSON, P.C.  
                                                 900 Third Avenue  
                                                 New York, New York 10022  
                                                 212-583-9600  
                                                 bgross@littler.com

                                                 *Co-Counsel for Century 21 Department*  
                                                 *Stores, LLC and Raymond Gindi*

cc: Elise M. Bloom, Esq., Proskauer Rose, LLP, Co-Counsel for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS OLMO<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTURY 21 DEPARTMENT STORES, LLC and RAYMOND GINDI,<br><br>　　　　　　　Defendants. | No. 11 Civ. 0253 (RM)<br><br>(ECF CASE)<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on February 11, 2011, I served the foregoing Notice of Appearance on the following person through the CM/ECF systems for the above court:

Louis Ginsberg
Law Firm of Louis Ginsberg, P.C.
Attorneys for Plaintiff
1613 Northern Blvd.
Roslyn, NY 11578
516-625-0105, ext. 13
Email: lg@louisginsberglawoffices.com

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
　　　　February 14, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　s/Barbara A. Gross
　　　　　　　　　　　　　　　　　　　　　　　　　　Barbara A. Gross