# CIVIL CAUSE FOR PREMOTION CONFERENCE
# BEFORE: JUDGE ROSLYNN R. MAUSKOPF

DATE & TIME:          5/18/11,  11:00-11:30
CASE NUMBER:       11-cv-253

CASE TITLE:            **Olmo v. Century 21 Department Stores et al.**

PLAINTIFF ATTORNEY:      Louis Ginsberg
                                               X   Present  ____ Not Present

DEFENDANT'S ATTORNEY:   Joel Finger
                                                X   Present  ____ Not Present

                                                Elise M. Bloom
                                                X   Present  ____ Not Present

COURT REPORTER:  Anthony Frisolone

The parties inform the Court of mediation meeting on July 21, 2011. Plaintiff is directed to file a joint status report re mediation on or before July 28, 2011.