| | | |
|---|---|---|
| 1613 NORTHERN BOULEVARD<br>ROSLYN, NEW YORK 11576<br>(516) 625-0105 (TEL.)<br>(516) 625-0106 (FAX)<br>lg@louisginsberglawoffices.com (E-MAIL) | 233 BROADWAY – SUITE 2220<br>NEW YORK, NEW YORK 10007<br>(212) 406-3630 (TEL.)<br>(212) 406-3574 (FAX)<br>lg@louisginsberglawoffices.com (E-MAIL) | PRACTICE LIMITED<br>TO LABOR<br>EMPLOYMENT LAW |

Please direct all communications to our Roslyn office

# LAW FIRM OF LOUIS GINSBERG, P.C.

**VIA ECF**

August 16, 2011

Hon. Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Luis Olmo on behalf of himself and all other similarly situated employees v. Century 21 Department Stores, LLC, and Raymond Gindi (Index No.: 11 CIV 0253)(RRM)(VP)*

Dear Judge Mauskopf:

We represent the Plaintiff and the putative FLSA Collective Class and New York Class.

Pursuant to your Order, we write to advise you that the parties continue to engage in settlement discussions. If it is acceptable to the Court, we will provide you with another update on or before August 31, 2011.

Respectfully Submitted,

Matthew Cohen (MC 2595)
For the Law Firm of
Louis Ginsberg, P.C.

CC: Joel L. Finger, Esq.
CC: Elise M. Bloom, Esq.

1