

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

October 3, 2011

Joel L. Finger
212.497.8485 direct
212.583.9600 main
646.417.6793 fax
jfinger@littler.com

**VIA HAND DELIVERY**

The Honorable Roslynn R. Mauskopf
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Luis Olmo v. Century 21 Department Stores, LLC & Raymond Gindi,*
             Case No. CV11-0253 (RRM) (VVP)

Dear Judge Mauskopf:

    As co-counsel for Century 21 Department Stores, LLC and Mr. Raymond Gindi ("Defendants") in the above-referenced matter, we write to inform the Court that the parties have recently finalized and executed a Confidential Settlement Agreement and Release of All Claims, along with a Stipulation and Order of Dismissal with Prejudice, that fully and finally resolves the above-referenced matter.  Because one of the disputed claims involves an allegation of overtime under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and pursuant to a prior conversation with your chambers, the parties are submitting, for *in camera* inspection, a copy of the Confidential Settlement Agreement for the Court's review and approval in connection with the Stipulation and Order of Dismissal that was e-filed today. The parties have agreed not to file the Confidential Settlement Agreement and, accordingly, we ask that the enclosed copy be returned to counsel and *not* become part of the public record.

    Should the Court have any questions or require any additional information, I may be reached at 212.583.9600.  Your Honor's consideration of this matter is most appreciated.

                                          Respectfully submitted,

                                          Joel L. Finger

Enclosure (via hand delivery only, for *in camera* review)

cc:    Elise M. Bloom, Esq., Proskauer Rose, LLP, Co-Counsel for Defendants
        Louis Ginsberg, Esq., Law Firm of Louis Ginsberg, P.C., Counsel for Plaintiff