**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 11 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LUIS OLMO on behalf of himself and all other similarly situated employees,

    Plaintiff,

-against-

CENTURY 21 DEPARTMENT STORES, LLC, and RAYMOND GINDI,

    Defendants.

---

Case No. 11-CV-0253 (RRM) (VVP)

ECF Filed

**STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE**

Upon application of Plaintiff Luis Olmo ("Plaintiff") and Defendants Century 21 Department Stores LLC and Raymond Gindi, ("Defendants"), by their respective counsel, for entry of a Stipulation and Order of Dismissal with Prejudice ("Order") approving the Confidential Settlement Agreement and Release (the "Confidential Agreement") in the above-captioned action (the "Complaint"); and the Parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

HEREBY FOUND AND DETERMINED THAT:

1.     The duly executed Confidential Agreement has been negotiated in good faith and at arm's length between the Parties and their respective attorneys;

2.     The consideration realized by the Plaintiff under the Confidential Agreement is fair and reasonable.

NOW, THEREFORE, without trial or final adjudication of any remaining issues of fact and/or law herein, and upon consent of the Parties, it is

ORDERED, ADJUDGED, AND DECREED that the parties are hereby directed to consummate and abide by the terms and provisions of the Confidential Agreement.

ORDERED, ADJUDGED, AND DECREED that with entry of this Stipulation and Order of Dismissal with Prejudice this Civil Action shall be dismissed with prejudice.

**SO ORDERED.**

Dated: __October 4__, 2011            __s/ RRM__
                                                                        United States District Judge

THE UNDERSIGNED hereby consent to the form and entry of this Order, and it is hereby stipulated and agreed by and between the undersigned, that the above-captioned matter is dismissed with prejudice.

A facsimile of this Stipulation, and signatures by facsimile thereto, may serve with the same force and effect as the original.

Dated: 9-20-11

Louis Ginsberg
Matthew Cohen

LAW FIRM OF LOUIS GINSBERG, P.C.
1613 Northern Blvd.
Roslyn, NY 11576
516.625.0105 x13

*Counsel for Plaintiff*

Dated:

Joel L. Finger
Barbara A. Gross

LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
212.583.9600

Elise M. Bloom
Joshua F. Alloy

PROSKAUER ROSE, LLP
Eleven Times Square
New York, NY 10036.8299
212.969.3000

*Co-Counsel for Defendants*